UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE BENJAMIN J. CHEEKS)

| | |
|---|---|
| CHANGUA CHEN,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTI NOEM, ET AL.,<br><br>Defendant. | Case No.:  26-cv-2158-BJC-VET<br><br>ORDER GRANTING MOTION TO SHORTEN TIME TO FILE FINANCIAL AFFIDAVIT AND TRAVERSE |

At the request of Petitioner's counsel, the time within which to file Petitioner's Financial Affidavit and Traverse is shortened by one day.

Date:  May 12, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge